THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Scranton, PA 18501
Attorneys for Plaintiff
Phone: 570-348-2800

FILED
SCRANTON

MAR - 6 2003

PER _____
        DEPUTY CLERK

RECEIVED
USMS, MIDDLE/PA
2003 MAR -5 AM 10: 35

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
        Plaintiff,  :
          :
vs.  :  1:CV-00-1552
          :
          :  (Judge Rambo)
LORETTA M. HASTICK,  :
JAMES G. HASTICK,  :
JESSICA J. HASTICK,  :
        Defendants.  :

### D E C L A R A T I O N

    J. Justin Blewitt, Jr., Assistant United States Attorney, sets forth as of the date the Praecipe for Writ of Execution was filed in this action, the following information concerning the real property identified in the attached legal description:

1. NAMES AND ADDRESSES OF OWNERS OR REPUTED OWNERS:

    Loretta M. Hastick
    James G. Hastick
    Jessica J. Hastick
    114 Independence Drive
    Milford, PA 18337

2. NAMES AND ADDRESS OF DEFENDANTS IN THE JUDGMENT
   (if different from Owners or Reputed Owners):

    n/a

3. NAME AND LAST KNOWN ADDRESS OF EVERY PERSON WHO HAS A RECORD LIEN ON THE REAL PROPERTY TO BE SOLD:

   Option One Mortgage Corporation
   3 Ada
   Irvine, CA 92618

4. NAME AND ADDRESS OF EVERY OTHER PERSON OF WHOM PLAINTIFF HAS KNOWLEDGE WHO HAS ANY INTEREST IN THE PROPERTY WHICH MAY BE AFFECTED BY THE SALE:

   Loretta M. Hastick
   114 Independence Drive
   Milford, PA 18337

   James G. Hastick
   114 Independence Drive
   Milford, PA 18337

   Jessica J. Hastick
   114 Independence Drive
   Milford, PA 18337

   Pike County Tax Claims Office
   County Courthouse
   506 Broad Street
   Milford, PA 18337

   Milford Township Municipal Authority
   Municipal Building
   Milford, PA 18337

   I declare under penalty of perjury that the foregoing is true and correct.

                                          _____
                                          J. JUSTIN BLEWITT, JR.
                                          Assistant U.S. Attorney

                                          CARROLL A. TERRUSO
                                          Paralegal Specialist

DATE: 3/06/03

| U.S. Department of Justice | NOTICE OF U.S. MARSHAL'S SALE |
|---|---|
| United States Marshals Service | (Real Estate) |

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔬𝔣 𝔄𝔪𝔢𝔯𝔦𝔠𝔞  } ss:
Middle _____ DISTRICT OF __Pennsylvania__

Public notice is hereby given, that by virtue of a writ of execution (or Fieri Facias), dated __September 18__, A.D. ⨯⨯2003, issued out of the __District__ Court, of the United States for the __Middle__ District of __Pennsylvania__ on a judgment rendered in said Court, on the __26th__ day of __February__, A.D. ⨯⨯2003, in favor of __United States of America__ and against __Loretta M. Hastick, James G. Hastick and Jessica J. Hastick__ I have, on this __4th__ day of __March__, A.D. ⨯⨯2003, levied upon the following described real estate, situated in the County/Parish of __Pike__ and State of __Pennsylvania__, to wit: __See attached description__

I will, accordingly, offer said real estate for sale, at public auction to the highest and best bidder, for cash (or certified check), on the __10th__ day of __April__, A.D. ⨯⨯2003, at __10:00__ o'clock __A__.M., at __114 Independence Drive, Milford, PA 18337__, subject to the following terms and conditions: __Ten percent down at the time of sale; balance due within 60 days. Failure to tender the balnce of the purchase price in a timely fashion will result in the forfeiture of the deposit. Purchaser is responsible for any and all stamps and transfer taxes required by any taxing authority. Sale will be held on the premises described in the attached property description. Notice to all parties in interest and claimants. A Schedule of Distribution of Sale will be filed by the U.S. Marshal with the Clerk of Court, Scranton, PA by April 24, 2003. Any excepti or claims to said distribution must be filed within ten days thereafter.__

Dated, __Scranton__, __Pennsylvania__, __January 8__, A.D. ⨯⨯2003
 (Day)         (Month)          (Date)

_(signature)_
DONALD HEEMER, CHIEF    U.S. Marshal.
DEPUTY

_____
Plaintiff's Attorney.

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

By _____
                                Deputy.

Prior editions are obsolete and not to be used

Form USM-176
(Rev. 2/10/83)
GPO 898-415

JUN.14.1996  11:34AM   PIKE COUNTY COTM.                    NO.482   P.2

SURVIVORSHIP DEED

# 𝕿𝖍𝖎𝖘 𝕴𝖓𝖉𝖊𝖓𝖙𝖚𝖗𝖊 made this 15ᵗʰ day of August in the year of Our Lord, One Thousand Nine Hundred and Ninety-Six (1996)

BETWEEN:

NICK ROTOLO and MARYANN ROTOLO, his Wife
of 135 Autum Oak Lane, Manahawkin, New Jersey 08050

Party of the First Part,
**GRANTORS**

and

LORRETTA M. HASTIK,
JAMES G. HASTIK, her Son and
JESSICA J. HASTIK, her Daughter
of 5 Eagle Court, Howell, New Jersey 07731
AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

Party of the Second Part
**GRANTEES**

RECORDER/REGISTER
PIKE COUNTY, PA
96 AUG 29 PM 4:19

# 𝖂𝖎𝖙𝖓𝖊𝖘𝖘𝖊𝖙𝖍 That the said Grantors, for and in consideration of the sum of ONE HUNDRED and THIRTY THOUSAND DOLLARS and 00/100 ($130,000.00) lawful money of the United States of America, unto Grantors well and truly paid by the said Grantees, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, enfeoffed, released and confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release and confirm unto the said Grantees, and the survivor of them and the heirs and assigns of such survivor,

ALL THAT CERTAIN PIECE or parcel of land, lying and being in the Township of Milford, County of Pike, and Commonwealth of Pennsylvania, being designated as Lot 14 of the Emil Moglia Subdivision on a map recorded in the Office of the Recorder of Deeds of Pike County at Plat Book 6, page 206. As surveyed by Victor E. Orben, R.S., November 14, 1973. DWG. No. N-73-123.

0008690

BK 1245 PG 283



EXHIBIT
A

BEING the same premises which ANTHONY T. TRUNZO, Sr. and JUDY TRUNZO, his Wife, by certain Deed dated January 30, 1984 and recorded in the Office of the Recorder of Deeds in and for Pike County, Pennsylvania, in Deed Book Volume 910 at page 219, granted and conveyed unto NICK ROTOLO and MARYANN ROTOLO, his Wife, the Grantors herein.

TOGETHER WITH, unto the Grantee herein, his heirs and assigns, in common however with the Grantor herein, his heirs and assigns, the right to use the private road extending from 6 and 209 to the premises herein conveyed for the purposes of ingress, egress and regress, as the same is set forth on the map hereinbefore mentioned.

TOGETHER WITH unto the Grantees, their heirs and assigns all of the rights, rights-of-way and privileges and Under and Subject to all conditions, covenants, restrictions and reservations as set forth in the chain of title. Reference may be had to said deeds or the records thereof for any and all purposes in connection with this conveyance with the same force and effect as if the same were more fully and at large set forth herein.

TOGETHER WITH all and singular land, improvements, ways, streets, driveways, alleys, passages, waters, water courses, liberties, privileges, rights, hereditaments and appurtenances whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents, issued and profits thereof; and all the estate, right, title, interest, property claim and demand whatsoever of the said Grantors in law, equity, or otherwise howsoever, of, in, and to the same and every part thereof.

TO HAVE AND TO HOLD the said premises, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees and the survivor of them, and the heirs and assigns of such survivor, to and for the only proper use and behoof of the said Grantees and the survivor of them and the heirs and assigns of such survivor forever.

2

BK1245PG284

AND the said Grantors, their heirs, executors and administrators, do by these presents covenant, grant and agree, to and with the said Grantees and the survivor of them and the heirs and assigns of such survivor, that they the said Grantors, their heirs, all and singular, the hereditaments and premises herein described and granted or mentioned and intended so to be, with the appurtenances, unto the said Grantees and the survivor of them, and their heirs and assigns of such survivor, against them, the said Grantors, their heirs, and against all and every other person or persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under all or any of them, SHALL and WILL *SPECIALLY WARRANT* and forever DEFEND.

**IN WITNESS WHEREOF**, the said Grantors hereunto set their hands and seals dated the day and year first above written.

SEALED AND DELIVERED
in the presence of us:

_Chas. E. L_____                    _Nick Rotolo_
                                       NICK ROTOLO

                                       _Maryann Rotolo_
                                       MARYANN ROTOLO

BK1245PG285

COMMONWEALTH OF PENNSYLVANIA )
                             ) SS:
COUNTY OF PIKE               )

On this, 9TH day of August, 1996 before me, the undersigned officer, personally appeared NICK ROTOLO and MARYANN ROTOLO, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes herein contained, and desired the same might be recorded as such.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Charles F. Lieberman_                                    (SEAL)
     Notary Public

My Commission Expires:

```
NOTARIAL SEAL
CHARLES F. LIEBERMAN, Notary Public
Milford Boro, Pike County
My Commission Expires Nov. 1, 1997
```

The residence of the within-named Grantees is:

P.O. Box 357
Milford, PA 18337

_Charles F. Lieberman_
On behalf of the Grantees


Prepared by:    CHARLES F. LIEBERMAN, Esq.
                400 Broad Street
                Milford, Pennsylvania 18337


BK1245PG286

RECORDER/REGISTER
96 AUG 29 PM 4: 19
PIKE COUNTY, PA

DATE: 08/29/1996   TIME: 04:11P   INST NO.:   8690
Pike County, Pennsylvania
OFFICE OF THE Recorder of Deeds

RECEIPT NO : 016138   TYPE DOC : DEED
REC FEE            :     13.50
LOC RTT            :   1300.00
ST RTT             :   1300.00
WRIT TAX           :      0.50

DATE: 08/29/1996   TIME: 04:11P   INST NO.:
Pike County, Pennsylvania
OFFICE OF THE Recorder of Deeds

RECEIPT NO : 016138   TYPE DOC : HOUSING
REC FEE            :     13.00
LOC RTT            :      0.00
ST RTT             :      0.00
WRIT TAX           :      0.00

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Pike County, Pennsylvania



Lynn A. Murcko
Recorder of Deeds

BK1245PG287