# ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:00-CV-1552 |
| ) | |
| v. ) | **WRIT OF EXECUTION** |
| ) | |
| LORETTA M. HASTICK, ) | |
| JAMES G. HASTICK, ) | (Judge Rambo) |
| JESSICA J. HASTICK, ) | |
| ) | |
| Defendants. ) | |

TO THE UNITED STATES MARSHAL:

On February 26, 2001, a judgment was entered in the United States District Court for the Middle District of Pennsylvania, in favor of the United States of America, plaintiff, and against the defendants, LORETTA M. HASTICK, JAMES G. HASTICK and JESSICA J. HASTICK, in the sum of $240,939.77.

Since entry of judgment, credits have been applied for a current debt balance of $229,075.39.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on and selling all property in which defendants have a substantial nonexempt interest, and by executing upon the property described below:

> **Property located at 114 Independence Drive, Milford, PA, more specifically known as Lot 1A, Keystone Park, as reference to in Deed Book 1245, Page 283 in the Township of Milford, County of Pike, State of Pennsylvania, owned by Loretta M. Hastick, James G. Hastick and Jessica J. Hastick, and referenced hereto in Exhibit A attached hereto and made a part hereof.**

YOU ARE ALSO COMMANDED to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety (90) days after the date of issuance if levy is not made, or, within ten (10) days after the date of sale of property on which levy is made.



YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, penalties and interest.

WITNESS the Honorable Mary E. D'Andrea, Clerk of the United States District Court for the Middle District of Pennsylvania, attests by hand and seal of said Court this 18th day of September, 2002.

MARY E. D'ANDREA
CLERK, United States District Court
MIDDLE DISTRICT OF PENNSYLVANIA

By: _____
Deputy Clerk

4/3/03  Writ returned unexecuted, per instructions from the U.S. Attorney's office (NDNY).

DONALD HEEMER
CHIEF DEPUTY

FILED
SCRANTON

APR - 4 2003

PER _____
DEPUTY CLERK

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 1:CV-00-1552 |
| **DEFENDANT** LORETTA M. HASTICK, ET AL | **TYPE OF PROCESS** WRIT OF EXECUTION |

**SERVE** → **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**
JAMES G. HASTICK

**ADDRESS** *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** 114 INDEPENDENCE DRIVE, MILFORD, PA 18337

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

CARROLL A. TERRUSO, PS
U.S. ATTORNEY
P.O. BOX 309
SCRANTON, PA 18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

SSN: 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
DOB: 7/30/76

**Signature of Attorney or other Originator requesting service on behalf of:** *Carroll A. Terruso* ☒ PLAINTIFF ☐ DEFENDANT
CARROLL A. TERRUSO, PS
**TELEPHONE NUMBER** 570-348-2800
**DATE** 10/24/02

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk *G. Lavelle* | Date 2/6/03 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

**Name and title of individual served** *(if not shown above)*
JESSICA HASTICK — SISTER

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Address** *(complete only if different than shown above)*

**Date of Service** 2/11/03  **Time** 11:00 pm

**Signature of U.S. Marshal or Deputy**
*Brian W. Ruble*

| Service Fee 45.00 | Total Mileage Charges (including endeavors) $22.96 | Forwarding Fee | Total Charges 45.00 $142.96 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

**REMARKS:**
2/11/03: 1 DUSM, (9:30 – 12:20), 104 miles Rdtp.

---

**PRIOR EDITIONS MAY BE USED**         **1. CLERK OF THE COURT**         **FORM USM-285 (Rev. 12/15/80)**

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:CV-00-1552 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LORETTA M. HASTICK, ET AL | WRIT OF EXECUTION |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JESSICA J. HASTICK

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
114 INDEPENDENCE DRIVE, MILFORD, PA 18337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CARROLL A. TERRUSO, PS
UNITED STATES ATTORNEY
P.O. BOX 309
SCRANTON, PA 18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN: 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
DOB: 8/24/79

Signature of Attorney or other Originator requesting Service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
CARROLL A. TERRUSO, PS
TELEPHONE NUMBER: 570-348-2800
DATE: 10/24/02

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk | Date 2/6/03 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 2/11/03 | 11:00 | (am) pm |

Signature of U.S. Marshal or Deputy
Brian W. Koub

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | $45.00 | | | |

REMARKS:
2/11/03: 1 DUSM, (9:30 - 12:30), 104 miles Rdtrp.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:CV-00-1552 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LORETTA M. HASTICK, ET AL | WRIT OF EXECUTION |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LORETTA M. HASTICK

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
114 INDEPENDENCE DRIVE, MILFORD, PA 18337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CARROLL A. TERRUSO, PS
U.S. ATTORNEY
P.O. BOX 309
SCRANTON, PA 18501

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN: 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
DOB: 2/18/51

This is the address listed for all 3 defendants; if personal service on each is not possible, process can be served on one individual for all three defendants.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
CARROLL A. TERRUSO, PS
TELEPHONE NUMBER: 570-348-2800
DATE: 10/24/02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No. 67
District to Serve No. 67
Signature of Authorized USMS Deputy or Clerk: G. Lavelle
Date: 2/6/03

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 2/11/03  Time: 11:00 ⓐⓜ / pm |
| | Signature of U.S. Marshal or Deputy: Brian W. Krehel |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | $75.00 | | | |
| $35.00 | $50.96 | | $85.96 | | | |

REMARKS:
2/11/03: 1 DUSM (9:30-12:30), 104 miles RdTP.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| **PLAINTIFF**<br>UNITED STATES OF AMERICA | | **COURT CASE NUMBER**<br>1:CV-00-1552 |
| **DEFENDANT**<br>LORETTA M. HASTICK, ET AL | | **TYPE OF PROCESS**<br>POST PROPERTY |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
POST PROPERTY:

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
114 INDEPENDENCE DRIVE, MILFORD, PA 18337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CARROLL A. TERRUSO, PS
U.S. ATTORNEY
P.O. BOX 309
SCRANTON, PA 18501

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please post on or before 3-4-03

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
CARROLL A. TERRUSO, PS
TELEPHONE NUMBER: 570-348-2800
DATE: 10/24/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 67
District to Serve No. 67
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 2/6/03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/11/03
Time: 10:50 ⓐm / pm
Signature of U.S. Marshal or Deputy: Brian W. Kunkel

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $135.00 | $39.42 | | $174.42 | | |

REMARKS:
2/11/03: 1 DUSM, (9:30 - 12:30), 108 miles Rtrp.

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF U.S.A. | COURT CASE NUMBER CV-00-1552 |
| DEFENDANT Hastick | TYPE OF PROCESS Adv. |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pike County Dispatch, Inc.

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 186, Milford, PA 18337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk A. Lavelle | Date 3/13/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above) | Date of Service 3/27/03 | Time am/pm

Signature of U.S. Marshal or Deputy
A. Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: Adv. dates 3-13, 3-20 & 3-27-03
$640.50

**PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: U.S.A. | COURT CASE NUMBER: CV-00-1552 |
| DEFENDANT: Hastick | TYPE OF PROCESS: Lienholder Notice |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER  DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/6/03  Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8.00 | 8.16 | | 48.— | | | |

**REMARKS:** 6 Lienholders Notified

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Loretta M. Hastick
114 Independence Dr.
Milford, PA 18337

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J. Hastick    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
J. Hastick

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7002 2410 0003 3814 8195

CV-00-1552

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pike County Tax
Claim Bureau
Courthouse
506 Broad St.
Milford, PA 18337

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Cindy Gehris    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Cindy Gehris                     3/7/03

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7002 2410 0003 3814 [illegible]
PS Form 3811, August 2001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Option One Mort. Corp
3 Ada
Irvine CA 92618

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7002 2410 0003 3814 8188
PS Form 3811, August 2001

CV-00-1552

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _John K Carmel_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 3/8/03

1. Article Addressed to:

Milford Township
Municipal Authority
Municipal Bldg.
Milford, PA 18337

[Postmark: MILFORD PA 18337 MAR -8 2003 USPS]

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J. Hastick_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
J. HASTICK
C. Date of Delivery

1. Article Addressed to:

James G. Hastick
114 Independence Dr.
Milford, PA 18337

[Postmark: MILFORD PA 18337 MAR -7 2003 USPS]

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 2410 0003 7814 8201

CV-00-1552

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J. Hastick_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
J. HASTICK
C. Date of Delivery

1. Article Addressed to:

Jessica J. Hastick
114 Independence Dr.
Milford, PA 18337

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7002 2410 0003 9814 8218

CV-00-1552

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

U.S. Department of Justice  
United States Marshals Service

**NOTICE OF U.S. MARSHAL'S SALE**  
(Real Estate)

---

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔬𝔣 𝔄𝔪𝔢𝔯𝔦𝔠𝔞 } ss:

Middle_____ DISTRICT OF __Pennsylvania__

Public notice is hereby given, that by virtue of a writ of execution (or Fieri Facias), dated __September 18__, A.D. 2002, issued out of the __District__ Court, of the United States for the __Middle__ District of __Pennsylvania__ on a judgment rendered in said Court, on the __26th__ day of __February__, A.D. 2001, in favor of __United States of America__ and against __Loretta M. Hastick, James G. Hastick and Jessica J. Hastick__ I have, on this __4th__ day of __March__, A.D. 2003, levied upon the following described real estate, situated in the County/Parish of __Pike__ and State of __Pennsylvania__, to wit: __See attached description__

I will, accordingly, offer said real estate for sale, at public auction to the highest and best bidder, for ~~cash (or~~ certified check), on the __10th__ day of __April__, A.D. 2003, at __10:00__ o'clock A.M., at __114 Independence Drive, Milford, PA 18337__

subject to the following terms and conditions: __Ten percent down at the time of sale; balance due within 60 days. Failure to tender the balnce of the purchase price in a timely fashion will result in the forfeiture of the deposit. Purchaser is responsible for any and all stamps and transfer taxes required by any taxing authority. Sale will be held on the premises described in the attached property description. Notice to all parties in interest and claimants. A Schedule of Distribution of Sale will be filed by the U.S. Marshal with the Clerk of Court, Scranton, PA by April 24, 2003. Any exception or claims to said distribution must be filed within ten days thereafter.__

Dated, __Scranton__, __Pennsylvania__, __January 8__, A.D. 2003  
       (Day)          (Month)          (Date)

_[signature]_  
DONALD HEEMER, CHIEF DEPUTY   U.S. Marshal.

_____  
Plaintiff's Attorney.

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

By _____  
                     Deputy.

Prior editions are obsolete and not to be used

Form USM-176  
(Rev. 2/10/83)  
GPO 898-415

SURVIVORSHIP DEED

# 𝕿𝖍𝖎𝖘 𝕴𝖓𝖉𝖊𝖓𝖙𝖚𝖗𝖊 made this 15'th day of

August in the year of Our Lord, One Thousand Nine Hundred and Ninety-Six(1996)

BETWEEN:

NICK ROTOLO and MARYANN ROTOLO, his wife
of 135 Autum Oak Lane, Manahawkin, New Jersey 08050

Party of the First Part,
**GRANTORS**

and

LORRETTA M. HASTIK,
JAMES G. HASTIK, her Son and
JESSICA J. HASTIK, her Daughter
of 5 Eagle Court, Howell, New Jersey 07731
AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

Party of the Second Part
**GRANTEES**

**RECORDER/REGISTER** 96 AUG 29 PM 4:19 **PIKE COUNTY, PA**

𝖂𝖎𝖙𝖓𝖊𝖘𝖘𝖊𝖙𝖍 That the said Grantors, for and in consideration of the sum of ONE HUNDRED and THIRTY THOUSAND DOLLARS and 00/100 ($130,000.00) lawful money of the United States of America, unto Grantors well and truly paid by the said Grantees, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, enfeoffed, released and confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release and confirm unto the said Grantees, and the survivor of them and the heirs and assigns of such survivor,

ALL THAT CERTAIN PIECE or parcel of land, lying and being in the Township of Milford, County of Pike, and Commonwealth of Pennsylvania, being designated as Lot 14 of the Emil Moglia Subdivision on a map recorded in the Office of the Recorder of Deeds of Pike County at Plat Book 6, page 206. As surveyed by Victor E. Orben, R.S., November 14, 1973. DWG. No. N-73-123.

0008630

BK1245PG283

EXHIBIT
A

BEING the same premises which ANTHONY T. TRUNZO, Sr. and JUDY TRUNZO, his Wife, by certain Deed dated January 30, 1984 and recorded in the Office of the Recorder of Deeds in and for Pike County, Pennsylvania, in Deed Book Volume 910 at page 219, granted and conveyed unto NICK ROTOLO and MARYANN ROTOLO, his Wife, the Grantors herein.

TOGETHER WITH, unto the Grantee herein, his heirs and assigns, in common however with the Grantor herein, his heirs and assigns, the right to use the private road extending from 6 and 209 to the premises herein conveyed for the purposes of ingress, egress and regress, as the same is set forth on the map hereinbefore mentioned.

TOGETHER WITH unto the Grantees, their heirs and assigns all of the rights, rights-of-way and privileges and Under and Subject to all conditions, covenants, restrictions and reservations as set forth in the chain of title. Reference may be had to said deeds or the records thereof for any and all purposes in connection with this conveyance with the same force and effect as if the same were more fully and at large set forth herein.

TOGETHER WITH all and singular land, improvements, ways, streets, driveways, alleys, passages, waters, water courses, liberties, privileges, rights, hereditaments and appurtenances whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents, issued and profits thereof; and all the estate, right, title, interest, property claim and demand whatsoever of the said Grantors in law, equity, or otherwise howsoever, of, in, and to the same and every part thereof.

TO HAVE AND TO HOLD the said premises, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees and the survivor of them, and the heirs and assigns of such survivor, to and for the only proper use and behoof of the said Grantees and the survivor of them and the heirs and assigns of such survivor forever.

2

BK1245PG284

AND the said Grantors, their heirs, executors and administrators, do by these presents covenant, grant and agree, to and with the said Grantees and the survivor of them and the heirs and assigns of such survivor, that they the said Grantors, their heirs, all and singular, the hereditaments and premises herein described and granted or mentioned and intended so to be, with the appurtenances, unto the said Grantees and the survivor of them, and their heirs and assigns of such survivor, against them, the said Grantors, their heirs, and against all and every other person or persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under all or any of them, SHALL and WILL *SPECIALLY WARRANT* and forever DEFEND.

IN WITNESS WHEREOF, the said Grantors hereunto set their hands and seals dated the day and year first above written.

SEALED AND DELIVERED
in the presence of us:

_Chas. F. L_____          _Nick Rotolo_
                              NICK ROTOLO

                              _Maryann Rotolo_
                              MARYANN ROTOLO

BK 1245 PG 285

COMMONWEALTH OF PENNSYLVANIA  )
                              ) SS:
COUNTY OF PIKE                )

On this, 27th day of August, 1996 before me, the undersigned officer, personally appeared NICK ROTOLO and MARYANN ROTOLO, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged that they executed the same for the purposes herein contained, and desired the same might be recorded as such.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____                    (SEAL)
        Notary Public

My Commission Expires:

```
NOTARIAL SEAL
CHARLES F. LIEBERMAN, Notary Public
Milford Boro, Pike County
My Commission Expires Nov. 1, 1997
```

The residence of the within-named Grantees is:

P.O. Box 357
Milford, Pa 18337

_____
On behalf of the Grantees


Prepared by:    CHARLES F. LIEBERMAN, Esq.
                400 Broad Street
                Milford, Pennsylvania  18337


BK1245PG286

RECORDER/REGISTER

96 AUG 29 PM 4: 19

PIKE COUNTY, PA

```
DATE: 08/29/1996   TIME: 04:11P   INST NO.:   6690
         Pike County, Pennsylvania
      OFFICE OF THE Recorder of Deeds

RECEIPT NO : 015138   TYPE DOC :  DEED
   REC FEE            :       13.50
   LOC RTT            :     1300.00
   ST RTT             :     1300.00
   WRIT TAX           :        4.50
DATE: 08/29/1996   TIME: 04:11P   INST NO.:
         Pike County, Pennsylvania
      OFFICE OF THE Recorder of Deeds

RECEIPT NO : 015138   TYPE DOC :  HOUSING
   REC FEE            :       13.00
   LOC RTT            :        0.00
   ST RTT             :        0.00
   WRIT TAX           :        0.00
```

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Pike County Pennsylvania



Lynn A. Murcko
Recorder of Deeds

BK1245PG287