THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
P.O. Box 309
Scranton, PA 18501
Attorneys for Plaintiff
Phone: (570) 348-2800

FILED
SCRANTON

JUN - 2 2003

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
Plaintiff :  Civil Action No. 1:CV-00-1552
:  (Judge Rambo)
:
v. :  **SATISFACTION OF JUDGMENT**
:
LORETTA M. HASTICK, et al., :
:
Defendants :

WHEREAS, a judgment was entered in the above-entitled action on February 26, 2001, in the United States District Court for the Middle District of Pennsylvania under the above civil action, in favor of the United States of America and against **Loretta M. Hastick, James G. Hastick, and Jessica J. Hastick** for the sum of $240,604.97, together with costs,

Which judgment was docketed with the Clerk of the County of Pike on March 27, 2001, and said judgment has been fully compromised and satisfied,

THEREFORE, FULL satisfaction of said judgment is hereby acknowledged, the said Clerk is hereby authorized and directed to make an entry of FULL satisfaction on the docket of said judgment.

Dated: June 2, 2003

THOMAS A. MARINO
United States Attorney

By: _____
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney